UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SCOTT ROBERTS,<br><br>    Petitioner,<br><br>    v.<br><br>J. LIZARRAGA,<br><br>    Respondent. | No. 2:17-cv-2328 MCE AC P<br><br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se and in forma pauperis, has filed a petition for a writ of habeas corpus. On November 6, 2017, the petition was transferred to this district from the United States District Court for the Central District of California. ECF No. 4. The undersigned subsequently screened the petition and recommended that it be dismissed for failure to state a cognizable claim because petitioner was challenging the denial of parole. ECF No. 7. Petitioner has now filed a motion for change of venue asking that the case be transferred back to the Alhambra Superior Court. ECF No. 12.

Review of the petition shows that it is captioned for the "Superior Court Northeast/Alhambra" (ECF No. 1 at 1), which appears to be a branch of the Los Angeles County Superior Court. However, the petition was sent to this court by the United States District Court for the Central District of California, not the state superior court. ECF No. 4. It appears that petitioner sent his petition to the wrong court. This court does not have the authority to transfer

1

the petition to state court and petitioner's motion will be denied. However, the Clerk of the Court will be directed to provide petitioner with a courtesy copy of his petition to assist him in sending the petition to the proper court. Petitioner is further advised that the address for the Alhambra Courthouse is 150 West Commonwealth, Alhambra, CA 91801.

Accordingly, IT IS HEREBY ORDERED that:

1. The motion for change of venue (ECF No. 12) is denied.

2. The Clerk of the Court is directed to provide petitioner with a copy of the petition (ECF No. 1).

DATED: December 6, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE